COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER DENYING MOTION FOR REHEARING

Cause number and style:    01–13–00040–CV;  *Forest Oil Corporation v. El Rucio Land and Cattle Company, Inc., San Jacinto Land Partnership, Ltd., McAllen Trust Partnership, and James Argyle McAllen*

Date motions filed:    August 8, 2014

Party filing motions:    Appellant

It is ordered that Appellant's Motion for Rehearing is denied.

It is so ORDERED.


Justice's signature: /s/Laura Carter Higley
                              Acting for the Court


Panel consists of Justices Jennings, Higley and Sharp.




Date: October 21, 2014